UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

        Plaintiff,

-against-

SELECTIVE FIRE AND CASUALTY INSURANCE COMPANY,

        Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2022

21-cv-2625-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of the parties' joint status letter dated February 3, 2022 [ECF No. 15]. IT IS HEREBY ORDERED that, by February 10, 2022, the parties shall file a joint letter informing the Court whether the parties anticipate conducting any expert discovery and, if so, proposing a schedule for the completion of such expert discovery. The parties shall also propose a briefing schedule for their anticipated cross-motions for summary judgment.

    The status conference that was previously scheduled to take place on February 10, 2022 is ADJOURNED *sine die*.

**SO ORDERED.**

Date: **February 7, 2021**
      **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**