```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

                     Plaintiff,

-against-

SELECTIVE FIRE AND CASUALTY INSURANCE COMPANY,

                     Defendant.

1:21-cv-2625 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      In a separate Opinion and Order, the Court granted Plaintiff's motion for partial summary judgment and concluded that Plaintiff is entitled to reimbursement of all post-tender defense costs it has incurred to date. In light of that Order, the parties are hereby directed to confer regarding the amount of defense costs and file a joint letter on or before April 27, 2023, advising the Court whether the parties have reached an agreement on payment. If the parties cannot reach an agreement, the Court will refer this matter to the assigned Magistrate Judge for an inquest on damages.

**SO ORDERED.**

**Date: March 27, 2023**
**New York, NY**

                                               **MARY KAY VYSKOCIL**
                                               **United States District Judge**