UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

        Plaintiff,

-against-

SELECTIVE FIRE AND CASUALTY INSURANCE COMPANY,

        Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2023

1:21-cv-2625 (MKV)

ORDER OF DISMISSAL

**MARY KAY VYSKOCIL, United States District Judge:**

The Court has been informed by the parties that they have reached a settlement [ECF No. 36]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore is made by September 9, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). The pending motion for reconsideration [ECF No. 32] is DENIED as moot. All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Date: August 9, 2023
      New York, NY

                                                   **MARY KAY VYSKOCIL**
                                                   **United States District Judge**